JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANFORD D. JONES, | CV 07-8194 PA (VBK) |
| Plaintiff, | JUDGMENT |
| v. | |
| LEROY D. BACA, et al., | |
| Defendants. | |

Pursuant to the Court's Minute Order of August 16, 2011 granting the defendants' Motion for Summary Judgment and denying plaintiff's Cross-Motion for Summary Judgment,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that defendants Leroy D. Baca and the County of Los Angeles ("Defendants") shall have judgment in their favor against plaintiff Sanford D. Jones ("Plaintiff").

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Plaintiff takes nothing and that Defendants shall have their costs of suit.

IT IS SO ORDERED.

DATED: August 16, 2011              _____
                                     Percy Anderson
                                     UNITED STATES DISTRICT JUDGE